

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re commitment of John Clinton Ivie,     * From the 259th District Court
                                                                of Jones County,
                                                                Trial Court No. 025208.

No. 11-22-00046-CV                              * March 28, 2024

                                                            * Opinion by Bailey, C.J.
                                                               (Panel consists of: Bailey, C.J.,
                                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.